Certificate Number: 00301-PAM-DE-029893327

Bankruptcy Case Number: 17-02083



00301-PAM-DE-029893327

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2017, at 7:00 o'clock PM EDT, JAMES J WALLACE completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 18, 2017        By:    /s/Iris Serrano

                                 Name:  Iris Serrano

                                 Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-029893326

Bankruptcy Case Number: 17-02083


00301-PAM-DE-029893326

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2017, at 7:00 o'clock PM EDT, JESSICA A WALLACE completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 18, 2017        By:    /s/Iris Serrano

                                Name:  Iris Serrano

                                Title: Certified Bankruptcy Counselor