```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02083-JJT
James Joseph Wallace                                                Chapter 13
Jessica Anne Wallace
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: JGoodling          Page 1 of 1          Date Rcvd: Apr 25, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
4938585        +Navient Solutions, LLC. on behalf of: PHEAA,   po box 8147,   harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Jada S Greenhowe    on behalf of Creditor    PHFA-HEMAP JGREENHOWE@PHFA.ORG
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Plaintiff James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Jessica Anne Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff Jessica Anne Wallace donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-02083-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

James Joseph Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

Jessica Anne Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/25/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: Navient Solutions, LLC. on behalf of: PHEAA, po box 8147, harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408
ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/27/18

Terrence S. Miller
**CLERK OF THE COURT**