```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                         Case No. 17-02083-JJT
James Joseph Wallace                                           Chapter 13
Jessica Anne Wallace
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini           Page 1 of 1           Date Rcvd: Nov 19, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4958647       E-mail/Text: bankruptcy.bnc@ditech.com Nov 19 2018 19:20:24
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Jada S Greenhowe    on behalf of Creditor    PHFA-HEMAP JGREENHOWE@PHFA.ORG
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Plaintiff James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 1 James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Jessica Anne Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Plaintiff Jessica Anne Wallace donna.kau@pocono-lawyers.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-02083-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

James Joseph Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

Jessica Anne Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

Chalet Properties III, LLC
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
Chalet Properties III, LLC
c/o BSI Financial Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/21/18

Terrence S. Miller
**CLERK OF THE COURT**