```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 17-02083-RNO
James Joseph Wallace                                              Chapter 13
Jessica Anne Wallace
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 1                  Date Rcvd: Jun 25, 2019
                              Form ID: trc                Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
5131905        +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                 Irving, TX 75038,    Chalet Properties III, LLC,    c/o BSI Financial Services 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Jada S Greenhowe    on behalf of Creditor    PHFA-HEMAP JGREENHOWE@PHFA.ORG
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Michael C Mazack    on behalf of Creditor    Chalet Properties III, LLC mmazack@lynchlaw-group.com
              Timothy B. Fisher, II    on behalf of Plaintiff James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Jessica Anne Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff Jessica Anne Wallace donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-02083-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

James Joseph Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

Jessica Anne Wallace
1202 Chickadee Drive
Pocono Summit PA 18346

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/25/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, Chalet Properties III, LLC, c/o BSI Financial Services

Name and Address of Transferee:

US Bank Trust NA f/b/o Cabana Series III Trust
c/o BSI Financial Services
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Attn: Cashiering

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/27/19

Terrence S. Miller
**CLERK OF THE COURT**