```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-02083-RNO
James Joseph Wallace                                                    Chapter 13
Jessica Anne Wallace
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2                  Date Rcvd: Sep 26, 2019
                              Form ID: ordsmiss           Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db/jdb         +James Joseph Wallace,    Jessica Anne Wallace,    1202 Chickadee Drive,
                 Pocono Summit, PA 18346-7778
cr             +US Bank Trust NA as Trustee for the Cabana Series,    c/o BSI Financial Services,
                 314 S. Franklin Street,    P.O. Box 517,   Titusville, P 16354-0517
4923437        +Aetna,   151 Farmington Ave,    Hartford, CT 06156-0002
4945791        +Aetna Life Insurance Co,    Aetna Disability - Workability,    PO Box 14560,
                 Lexington, KY 40512-4560
4923440        +Care Credit/Synchrony Bank,    180 Election Road Ste 200,    Draper, UT 84020-6406
5131904        +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                 Irving, TX 75038-2480
5131905        +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                 Irving, TX 75038,    Chalet Properties III, LLC,    c/o BSI Financial Services 75038-2480
4923443        +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,   Tampa, FL 33607-8409
4923444         Family Care Centers, Inc.,    P. O. Box 827658,   Philadelphia, PA 19182-7658
4923445        +Geisenger medical center,    100 North Academy Avenue,    Danville, PA 17822-0001
4923446        +H & R Accounts,    5320 22nd Avenue,   Moline, IL 61265-3627
4923447        +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                 Philadelphia, PA 19106-1538
4938585        +Navient Solutions, LLC. on behalf of: PHEAA,    po box 8147,   harrisburg, PA 17105-8147
4923451        +PA Housing HEMAP,    211 North Front Street,    Harrisburg, PA 17101-1406
4923453        +PPL Electric Utilities,    P.O. Box 25239,   Lehigh Valley, PA 18002-5239
4970821        +PPL Electric Utilities,    827 Hausman Rd,   Allentown, PA 18104-9392
4923452        +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4927639        +STILLWATER ESTATES PROPERTY OWNERS ASSOCIATION,     c/o Young & Haros, LLC,    802 Main St.,
                 Stroudsburg, PA 18360-1602
4923454        +Stillwater Estates Home Owners,    382 Stillwater Drive,    Pocono Summit, PA 18346-7765
5214842        +US Bank Trust NA f/b/o Cabana Series III Trust,     c/o BSI Financial Services,
                 314 S. Franklin Street,    P.O. Box 517,   Titusville, PA 16354-0517,    Attn: Cashiering
4923456         VENGROFF WILLIAMS INC,    PO BOX 4155,   Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: blegal@phfa.org Sep 26 2019 19:25:59     PHFA-HEMAP,   211 North Front Street,
                 Harrisburg, PA 17101-1466
4932501         EDI: GMACFS.COM Sep 26 2019 23:28:00     Ally Bank,   PO Box 130424,   Roseville MN 55113-0004
4923438        +EDI: GMACFS.COM Sep 26 2019 23:28:00     Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
4923441         E-mail/Text: msanchez@coordinatedhealth.com Sep 26 2019 19:26:02     CHS Professional Practice,
                 2775 Schoenersville Rd,    Bethlehem, PA 18017-7307
4923439        +EDI: CAPITALONE.COM Sep 26 2019 23:28:00     Capital One Bank USA NA,    P.O.Box 30281,
                 Salt Lake City, UT 84130-0281
4952500         EDI: BL-BECKET.COM Sep 26 2019 23:28:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
4923442         EDI: RCSFNBMARIN.COM Sep 26 2019 23:28:00     Credit One Bank,   P.O. Box 60500,
                 City of Industry, CA 91716-0500
4923442         E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2019 19:30:58     Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
4958647         E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2019 19:25:50
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
5052704         EDI: ECMC.COM Sep 26 2019 23:28:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
5052705         EDI: ECMC.COM Sep 26 2019 23:28:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408,   ECMC,
                 PO BOX 16408,   ST. PAUL, MN 55116-0408
4923448        +E-mail/Text: bncnotices@becket-lee.com Sep 26 2019 19:25:47     Kohls Department Store,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
4957436         EDI: RESURGENT.COM Sep 26 2019 23:28:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4957436         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 19:31:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4923449        +E-mail/Text: Bankruptcies@nragroup.com Sep 26 2019 19:26:24     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
4923450        +EDI: NAVIENTFKASMSERV.COM Sep 26 2019 23:28:00     Navient,   123 Justison Street,    3rd Floor,
                 Wilmington, DE 19801-5363
4968575         E-mail/Text: blegal@phfa.org Sep 26 2019 19:25:58     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
4968905         EDI: PRA.COM Sep 26 2019 23:28:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4923821        +EDI: PRA.COM Sep 26 2019 23:28:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
4923455        +E-mail/Text: bankruptcydepartment@tsico.com Sep 26 2019 19:26:12     Transworld Systems,
                 500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 20
```

```
District/off: 0314-5          User: CGambini            Page 2 of 2               Date Rcvd: Sep 26, 2019
                              Form ID: ordsmiss         Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
5155564           Chalet Properties III, LLC
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5214843*         +US Bank Trust NA f/b/o Cabana Series III Trust,    c/o BSI Financial Services,
                  314 S. Franklin Street,    P.O. Box 517,    Titusville, PA 16354-0517,    Attn: Cashiering
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Jada S Greenhowe     on behalf of Creditor     PHFA-HEMAP JGREENHOWE@PHFA.ORG
              James  Warmbrodt    on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Michael C Mazack    on behalf of Creditor     US Bank Trust NA as Trustee for the Cabana Series III
               Trust mmazack@lynchlaw-group.com
              Michael C Mazack    on behalf of Creditor    Chalet Properties III, LLC mmazack@lynchlaw-group.com
              Timothy B. Fisher, II    on behalf of Debtor 1 James Joseph Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Jessica Anne Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff Jessica Anne Wallace donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff James Joseph Wallace donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Joseph Wallace,<br>**Debtor 1**<br><br>Jessica Anne Wallace,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:17–bk–02083–RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 26, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)